**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: JAY PEAK, VERMONT
EB-5 INVESTOR LITIGATION**                    **MDL ___**

**PLAINTIFFS JAMES B. SHAW, JOHANNES EIJMBERTS, AND LORNE MORRIS'S
MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT
OF VERMONT PURSUANT TO 28 U.S.C. § 1407 FOR
COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiffs James B. Shaw, Johannes Eijmberts, and Lorne Morris (collectively, the "Vermont Plaintiffs") respectfully urge the Panel to transfer all Related Actions currently pending in the United States District Court for the Southern District of Florida as well as any potential tag-along actions to the United States District Court for the District of Vermont.[1] Vermont Plaintiffs *do not* seek the transfer to the District of Vermont of the following actions involving certain common questions of fact: *Securities and Exchange Commission v. Ariel Quiros, et al.*, Case No. 1:16-cv-21301-DPG (S.D. Fla.) (the "SEC Action"); and *Michael I. Goldberg, as Receiver v. Raymond James Financial, Inc. et al.*, Case No. 1:16-cv-21831-JAL (S.D. Fla.).

As set forth in the Vermont Plaintiffs' brief in support of this Motion, the District of Vermont is the most appropriate transferee forum because: (1) Vermont, the locus of the investment projects at the heart of the claims in the Related Actions, is home to most of the key parties and non-parties to the Related Actions; (2) the District of Vermont will be the site of the

---

[1] The "Related Actions" include *James B. Shaw, et al. v. Raymond James Financial, Inc. et al.*, Case No. 5:16-cv-00129-GWC (D. Vt.); *Alexandre Daccache v. Raymond James Financial, Inc. et al.,* Case No. 1:16-cv-21575-FAM (S.D. Fla.); and *Carlos Enrique Hiller Sanchez v. Raymond James & Associates, Inc.*, Case No. 1:16-cv-21643-KMW (S.D. Fla.).

majority of the discovery in the Related Actions; (3) Vermont is a convenient location for all parties and their counsel; (4) The District of Vermont has been underutilized as a Transferee District and has sufficient resources to manage this case; (5) Judge Geoffrey W. Crawford, the judge to whom the Vermont Plaintiffs' case has been assigned has considerable experience handling complex cases; and (6) while there has been progress in the SEC Action (which the Vermont Plaintiffs do not seek to transfer), there has been no significant progress in any Related Action.

Dated: June 13, 2016                              Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Nathaniel L. Orenstein
Kathleen M. Donovan-Maher
Steven J. Buttacavoli
Mark A. Delaney
Daryl Andrews
Nathaniel L. Orenstein
Steven L. Groopman
Corey W. Silva
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194
kdonovanmaher@bermandevalerio.com
sbuttacavoli@bermandevalerio.com
mdelaney@berrmandevalerio.com
dandrews@bermandevalerio.com
norenstein@bermandevalerio.com
sgroopman@bermandevalerio.com
csilva@bermandevalerio.com

*Counsel for Plaintiffs James B. Shaw, Johannes Eijmberts, and Lorne Morris*

2